UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

September 6, 2018

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MEGHAN MONFORT

    Defendant.

Case No.  2:18-cr-00116-KJM-2

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MEGHAN MONFORT

Case No.  2:18-cr-00116-KJM-2  Charge  21 USC § 846 and 841(a)(1) from custody

for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

X    Unsecured Appearance Bond $   25,000.00 (as
_____                                  previously imposed)

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other): Pretrial Release conditions as stated on the

X    record in open court. Released delayed until 9/7/2018

_____  at 8:00 AM to the custody of Pretrial Services.

Issued at Sacramento, California on September 6, 2018 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman