Dina L. Santos, SBN 204200
A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos.com

Attorney for:
MEGHAN MONFORT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-S 18-00116 KJM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO MODIFY CONDITION OF SUPERVISED RELEASE |
| MEGHAN MONFORT, | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, AUSA James Conolly, and Defendant Meghan Monfort, represented by Attorney Dina L. Santos, hereby stipulate as follows:

The Pretrial condition number 3 shall be amended to read as follows:

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer.

The United States Pre-trial Services office has no opposition to this request.

Stip. & [Proposed] Order - Pretrial            1

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: February 20, 2019 | /s/ James Conolly |
| 3 | | JAMES CONOLLY<br>Assistant United States Attorney |
| 4 | | |
| 5 | Dated: February 20, 2019 | /s/ Dina L. Santos |
| | | DINA SANTOS, ESQ.<br>Attorney for Meghan Monfort |

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: February 20, 2019

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE